IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01224–ZLW–KMT

RICHARD C. WAKE,

    Plaintiff,

v.

DENVER POLICE OFFICER THEODORE JAMES (JIM) MAHER, in his official and individual capacity,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulated Motion for Protective Order" (#24, filed September 3, 2009) is GRANTED. The "Protective Order" will be entered.

Dated: September 9, 2009