IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-01224-ZLW-KMT

RICHARD C. WAKE,

    Plaintiff,

v.

DENVER POLICE OFFICER THEODORE JAMES (JIM) MAHER,
in his official and individual capacity,

    Defendant.
_____

ORDER
_____

    The matter before the Court is the Combined Stipulated Motion For Substitution Of Defendant City And County Of Denver And Dismissal With Prejudice Of Defendant Maher, And Stipulated Motion To Amend Caption (Doc. No. 29).  It is

    ORDERED that the Combined Stipulated Motion . . . (Doc. No. 29; Oct. 20, 2009) is granted.  It is

    FURTHER ORDERED that the City and County of Denver, Colorado is substituted as party Defendant for Defendant Maher.  It is

    FURTHER ORDERED that Defendant Maher is dismissed with prejudice.  It is

FURTHER ORDERED that all future pleadings shall be amended to reflect the City and County of Denver, Colorado as the sole Defendant in this action.

DATED at Denver, Colorado, this 23rd day of October, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court