IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01224-ZLW-KMT

RICHARD C. WAKE,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, a municipal corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The matter before the Court is the Joint Stipulated Motion for Dismissal With Prejudice [Doc. No. 32]. It is

ORDERED that the Joint Stipulated Motion for Dismissal With Prejudice [Doc. No. 32; December 7, 2009] is granted. Defendant City and County of Denver is dismissed with prejudice and the entirety of the within action is dismissed with prejudice, each Party to bear his or its own costs and attorney fees.

DATED at Denver, Colorado, this 16th day of December, 2009.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court